|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

AIMEE SILVER,

        Plaintiffs,

    v.

GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,

        Defendants.

Case No. 2021-cv-00698-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR: Private Mediation to be completed by the last half of August 2021. The parties are instructed to file a joint letter notifying the Court of the Mediator's name and the date of mediation by: **5/28/202021.**

FURTHER CASE MANAGEMENT: 9/17/2021 at 3:00 PM.
Joint Case Management Statement due: 9/10/2021.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: 7/30/2021

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/17/2021.

DESIGNATION OF EXPERTS: 10/15/2021; REBUTTAL: 11/5/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/17/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/7/2022;
    Opp. Due: 1/21/2022; Reply Due: 1/28/2022;
    and set for hearing no later than 2/11/2022 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 3/8/2022 at 3:30 PM.

Jury TRIAL DATE: 3/21/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 7, 2021

_____
SUSAN ILLSTON
United States District Judge

2