UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE SILVER<br><br>        Plaintiff,<br><br>    v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-00698-SI<br><br>**RESPONSE TO PLAINTIFF'S NOV. 3, 2021 LETTER**<br><br>Re: Dkt. No. 29 |

On November 3, 2021 plaintiff submitted a letter requesting the Court's intervention in a discovery dispute with a third party. Plaintiff alleges that Terminix International Company Limited Partnership, a third party to the action, has failed to produce the bulk of information requested pursuant to a Rule 45 subpoena issued on June 18, 2021 and served on June 21, 2021. Since Terminix is not a party to this action, plaintiff must file a motion under F.R.Civ.P. 45 to compel compliance with the subpoena. After noticed motion, the Court may determine whether Terminix should be held in contempt for failing "without adequate excuse to obey the subpoena."

**IT IS SO ORDERED**.

Dated: November 11, 2021

_____
SUSAN ILLSTON
United States District Judge