UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE SILVER,<br><br>    Plaintiff,<br><br>    v.<br><br>GREYSTAR CALIFORNIA, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-00698-SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW; ORDER TO LOCATE COUNSEL; ORDER STAYING PROCEEDINGS**<br><br>Re: Dkt. Nos. 41, 42 |

Before the Court is Coyle Brown Law's motion to withdraw as counsel for plaintiff Aimee Silver. Dkt. No. 41. Plaintiff opposes. Dkt. No. 42. A hearing was held on this matter on Tuesday, December 20, 2022. Dkt. No. 46.

Pursuant to Civil Local Rule 11-5, counsel may only withdraw from a case if relieved by order of the Court after written notice has been provided, reasonably in advance, to the client and other interested parties. The decision whether to permit counsel to withdraw is committed to the sound discretion of the trial court. *See LaGrand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998). In the instant matter, Coyle Brown Law seeks to withdraw on the basis that there has been an irreconcilable breakdown of the attorney-client relationship. Dkt. No. 41. Having reviewed the briefs and heard the arguments of Plaintiff and Plaintiff's attorneys, the Court hereby GRANTS Coyle Browne Law's motion to withdraw as counsel. The Court finds that there has been an irreconcilable breakdown of the attorney-client relationship and that Coyle Brown Law has met the requirements of Local Rule 11-5 and Rule of Professional Conduct 1.16.

Coyle Brown Law is ORDERED to release to Ms. Silver all client materials and property.

Plaintiff having requested and being in need of counsel to assist her in this matter and good

1   and just cause appearing,

2       IT IS FURTHER ORDERED that Plaintiff shall be referred to the Federal Pro Bono

3   Project ("Project") in the manner set forth below:

4       1.    The clerk shall forward this order to the Project office. The scope of this referral

5   shall be for:

6   ☒ <u>all purposes</u> for the duration of the case

7   ☐ the <u>limited purpose</u> of representing the litigant in the course of

8       ☐ mediation

9       ☐ early neutral evaluation

10      ☐ settlement conference

11      ☐ briefing ☐ and hearing on the following motion (e.g., motion for

12  summary judgment or motion to dismiss): _____

13  _____

14      ☐ discovery as follows:

15  _____

16  _____

17      ☐ other: _____

18  _____

2.  Upon being notified by the Project that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigants once those purposes have been fulfilled.

3.  All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

Proceedings are hereby STAYED for thirty days from the date of this order to allow Ms. Silver time to locate counsel.

**IT IS SO ORDERED**.

Dated: January 6, 2023

_____
SUSAN ILLSTON
United States District Judge