UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE SILVER,<br><br>        Plaintiff,<br><br>    v.<br><br>GREYSTAR CALIFORNIA, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-00698-SI<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS** |

On January 6, 2023, the Court ordered a 30-day stay of proceedings to allow plaintiff Aimee Silver time to locate counsel through the Federal Pro Bono Project. The Project has informed the Court that counsel has not yet been located but that there is a likelihood counsel will be located if the stay is extended.

All proceedings are hereby **STAYED** for thirty days from the date of this order to allow more time to locate counsel. If an attorney is appointed for Ms. Silver, proceedings will be stayed for a further 30 days to allow the counsel time to become familiar with the case.

**IT IS SO ORDERED**.

Dated: February 3, 2023

_____
SUSAN ILLSTON
United States District Judge