United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AIMEE SILVER,

          Plaintiff,

    v.

GREYSTAR CALIFORNIA, INC., et al.,

          Defendants.

Case No. 21-cv-00698-SI

**JUDGMENT**

This complaint has been dismissed without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 29, 2023

_____
SUSAN ILLSTON
United States District Judge